FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 31  AM 10: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT PITTMAN | CIVIL ACTION |
| VERSUS | NO. 06-0120 |
| MARLIN GUSMAN, ET AL | SECTION "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Robert Pittmans's claims against the defendants, Orleans Parish Criminal Sheriff Marlin Gusman and the unidentified sheriff's deputies are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 30th day of July, 2007.

UNITED STATES DISTRICT JUDGE